**SEALED**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

FILED BY ____KP____ D.C.
*Mar 2, 2022*
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**CASE NO. 22-CR-80022-AMC**

**UNITED STATES OF AMERICA**

    **vs.**       **FILED *EX PARTE* AND UNDER SEAL**

**DANIEL M. CARVER, et al.,**

    **Defendants.**

_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned attorney, respectfully requests that the Court seal this Motion, any resulting Order, and the Declaration of Special Agent of the Federal Bureau of Investigation ("FBI") (the "Declaration") submitted in support of the United States' *Ex Parte* Application for Post-Indictment Protective Order Pursuant to 21 U.S.C. § 853(e), with the exception that the United States be allowed to disclose the Declaration in order to comply with its discovery obligations or to effectuate seizure and forfeiture. The Declaration sets forth detailed factual allegations regarding not only the charged offenses and assets subject to forfeiture, but also regarding additional persons that are either targets or subjects of ongoing federal criminal investigation. Premature disclosure of the information contained in the Declaration, this Motion to Seal, and any resulting Order could jeopardize the ongoing investigation by alerting targets and subjects of their investigation, which may result in flight, the destruction of evidence, and/or dissipation of assets subject to forfeiture.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

By:    */s Sara M. Klco*
        Sara M. Klco
        Assistant United States Attorney
        Florida Bar No. 60358
        U. S. Attorney's Office
        99 N.E. 4th Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone:  (305) 961-9165
        E-mail: Sara.Klco@usdoj.gov