UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-CANNON/REINHART

UNITED STATES OF AMERICA

vs.                                                                                             UNDER SEAL

DANIEL M. CARVER, et al.,

       Defendants.
_____/

## ORDER

Having considered the United States' Motion to Seal, and for good cause shown, pursuant to Fed. R. Crim. P. 6(e), **IT IS HEREBY ORDERED THAT:**

The Government's Partially Opposed Motion for Discovery Protocol Governing Disclosure of Material Subject to Claims of Privilege be SEALED until further order of this Court.

**ORDERED AND ADJUDGED** in Miami, Florida this ____ day of April 2022.

 

_____
HONORABLE CECILIA M. ALTONAGA
UNITED STATES DISTRICT COURT JUDGE