**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-80022-CANNON/REINHART**

UNITED STATES OF AMERICA

vs.                                                                    UNDER SEAL

DANIEL M. CARVER, et al.,

　　　　Defendants.
_____/

**ORDER**

Having considered the United States' Motion to Seal, and for good cause shown, pursuant to Fed. R. Crim. P. 6(e), **IT IS HEREBY ORDERED THAT:**

The Government's Reply in Support of its Partially Opposed Motion for Discovery Protocol Governing Disclosure of Material Subject to Claims of Privilege be SEALED until further order of this Court.

**DONE AND ORDERED** in chambers at Miami, Florida this ____ day of April 2022.

_____
HONORABLE AILEEN M. CANNON
UNITED STATES DISTRICT COURT JUDGE