

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-CANNON/REINHART

UNITED STATES OF AMERICA

vs.  UNDER SEAL

DANIEL M. CARVER, et al.,

      Defendants.

_____/

## MOTION TO SEAL

The United States of America respectfully requests that the Government's Reply in Support of its Partially Opposed Motion for Discovery Protocol Governing Disclosure of Material Subject to Claims of Privilege be SEALED until further order of this Court pursuant to Federal Rule of Criminal Procedure 6(e) on the grounds that it contains material pertaining to a grand jury. The Government is providing notice and a copy of the Motion to Defendants.

This the 29th day of April, 2021.

                Respectfully submitted,

                JOSEPH BEEMSTERBOER, ACTING CHIEF
                CRIMINAL DIVISION, FRAUD SECTION
                U.S. DEPARTMENT OF JUSTICE

By:   */s/ Timothy J. Coley*
       TIMOTHY J. COLEY
       Trial Attorney
       United States Department of Justice
       Criminal Division, Fraud Section
       Special Matters Unit
       1400 New York Avenue NW
       Washington, DC 20530
       Tel: (202) 514-0395
       Timothy.J.Coley@usdoj.gov