

# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT

COPY OF THE CERTIFICATE OF FORMATION OF "CERGENA LABORATORY,

LLC", FILED IN THIS OFFICE ON THE TWENTIETH DAY OF AUGUST, A.D.

2019, AT 11:22 O`CLOCK A.M.



Jeffrey W. Bullock, Secretary of State

7571797  8100
SR# 20222990732
You may verify this certificate online at ....l

Authentication: 203917571
Date: 07-14-22

DOJ_LCM_0000610057

# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "CLARO POINT, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE TWENTY-FIRST DAY OF JANUARY, A.D. 2020, AT 11:26 O`CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "CLARO POINT, LLC".



Jeffrey W. Bullock, Secretary of State

7810464  8100H
SR# 20224083977

Authentication: 204919462
Date: 11-22-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

DOJ_LCM_000139195

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:26 AM 01/21/2020
FILED 11:26 AM 01/21/2020
SR 20200411757 - File Number 7810464

# STATE OF DELAWARE
## CERTIFICATE OF FORMATION
## OF LIMITED LIABILITY COMPANY

The undersigned authorized person, desiring to form a limited liability company pursuant to the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1. The name of the limited liability company is

   Claro Point, LLC

2. The Registered Office of the limited liability company in the State of Delaware is located at 1675 South State St., Ste B (street), in the City of Dover , Zip Code 19901 . The name of the Registered Agent at such address upon whom process against this limited liability company may be served is Capitol Services, Inc.

By: _____
Authorized Person

Name: Victor Roiter
Print or Type

DOJ_LCM_000139196



# Delaware

Page 1

### The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "CLARO SCIENTIFIC LABORATORIES, INC." AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE TWENTY-NINTH DAY OF JANUARY, A.D. 2010, AT 7:14 O`CLOCK P.M.

CERTIFICATE OF CONVERSION, CHANGING ITS NAME FROM "CLARO SCIENTIFIC LABORATORIES, LLC" TO "CLARO SCIENTIFIC LABORATORIES, INC.", FILED THE ELEVENTH DAY OF AUGUST, A.D. 2017, AT 1:51 O`CLOCK P.M.

CERTIFICATE OF INCORPORATION, FILED THE ELEVENTH DAY OF AUGUST, A.D. 2017, AT 1:51 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "CLARO SCIENTIFIC LABORATORIES, INC.".



Jeffrey W. Bullock, Secretary of State

4783001  8100H
SR# 20224083977

Authentication: 204919451
Date: 11-22-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 07:14 PM 01/29/2010*
*FILED 07:14 PM 01/29/2010*
*SRV 100090704 - 4783001 FILE*

## CERTIFICATE OF FORMATION OF

## CLARO SCIENTIFIC LABORATORIES, LLC

**FIRST**:  The name of the limited liability company is Claro Scientific Laboratories, LLC.

**SECOND**:  The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, City of Wilmington, County of New Castle, Delaware 19808.  The name of its registered agent at such address is the Corporation Service Company.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation of Claro Scientific Laboratories, LLC this 29th day of January, 2010.

/s/ Amelia E. Power
Amelia E. Power, Organizer

4717032_1.DOC

DOJ_LCM_000139198



# Delaware

Page 1

### The First State

    *I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "SIGNIFY LABORATORY, LLC", FILED IN THIS OFFICE ON THE TWENTIETH DAY OF AUGUST, A.D. 2019, AT 11:22 O`CLOCK A.M.*



Jeffrey W. Bullock, Secretary of State

7570202  8100
SR# 20222990732

You may verify this certificate online at co

Authentication: 203917614
Date: 07-14-22

DOJ_LCM_0000610062



# State of Florida

## Department of State

**CERTIFICATION OF PUBLIC RECORD**
**PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of BROAD STREET LIFESTYLES LLC, document number L20000022431, a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022

DOJ_LCM_000129802



## State of Florida

### Department of State

I certify the attached is a true and correct copy of the complete file of BROAD STREET LIFESTYLES LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L20000022431.

I further certify that said company was administratively dissolved on September 24, 2021.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022

*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)



# State of Florida

## Department of State

### CERTIFICATION OF PUBLIC RECORD
### PURSUANT TO FED. R. EVID. 902(4)

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of DMC GROUP HOLDING LLC, document number L21000098368, a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of DMC GROUP HOLDING LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L21000098368.

I further certify that said company was administratively dissolved on September 23, 2022.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022

*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

DOJ_LCM_000129812



## State of Florida

### Department of State

**CERTIFICATION OF PUBLIC RECORD
PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of   EK MARKETING GROUP INC, document number P21000008826, a corporation organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022

DOJ_LCM_000129820



## State of Florida

### Department of State

I certify the attached is a true and correct copy of the complete file of EK MARKETING GROUP INC, a corporation organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this corporation is P21000008826.

I further certify that said corporation was voluntarily dissolved on August 10, 2021.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022

Cord Byrd
Secretary of State

CR2E022 (01-11)



# State of Florida

## Department of State

### CERTIFICATION OF PUBLIC RECORD
### PURSUANT TO FED. R. EVID. 902(4)

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of ETM CONSULTING GROUP LLC, document number L20000196790, a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022

DOJ_LCM_000129842



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of ETM CONSULTING GROUP LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L20000196790.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022



*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

DOJ_LCM_000129843



# State of Florida

### Department of State

## CERTIFICATION OF PUBLIC RECORD
## PURSUANT TO FED. R. EVID. 902(4)

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of GENTEC SOLUTIONS, LLC, document number L21000088267, a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of GENTEC SOLUTIONS, LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L21000088267.

I further certify that said company was administratively dissolved on September 23, 2022.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022

*Cord Byrd*
*Secretary of State*



CR2E022 (01-11)

DOJ_LCM_000129849



**Department of State**

## CERTIFICATION OF PUBLIC RECORD
### PURSUANT TO FED. R. EVID. 902(4)

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of LOUIS C MANAGEMENT LLC, document number L20000149926 a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.



RoseAnn Varnadore
October 31, 2022





# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of LOUIS C MANAGEMENT LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L20000149926.

I further certify that said company was administratively dissolved on September 23, 2022.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022



*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

DOJ_LCM_000129878



**State of Florida**

**Department of State**

### CERTIFICATION OF PUBLIC RECORD
### PURSUANT TO FED. R. EVID. 902(4)

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of MDA CONSUMERS INC., document number P20000033276, a corporation organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022





# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of MDA CONSUMERS INC, a corporation organized under the laws of the State of Florida, filed on May 1, 2020, effective April 30, 2020, as shown by the records of this office.

The document number of this corporation is P20000033276.

I further certify that said corporation was administratively dissolved on September 23, 2022.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022

*Cord Byrd*
Secretary of State

CR2E022 (01-11)

DOJ_LCM_000129892



**State of Florida**

**Department of State**

### CERTIFICATION OF PUBLIC RECORD
### PURSUANT TO FED. R. EVID. 902(4)

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of METROPOLIS UNLIMITED LLC, document number L20000313155, a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of METROPOLIS UNLIMITED LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L20000313155.

I further certify that said company was administratively dissolved on September 23, 2022.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022



*Cord Byrd*
Secretary of State

CR2E022 (01-11)

DOJ_LCM_000129897



**Department of State**

**CERTIFICATION OF PUBLIC RECORD
PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of OFFICIAL JOHN PAUL LLC, document number L13000122780 a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022



DOJ_LCM_000129905



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of OFFICIAL JOHN PAUL LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L13000122780.

I further certify that said company was administratively dissolved on September 23, 2022.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Thirtieth day of October, 2022



*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)



## State of Florida

### Department of State

**CERTIFICATION OF PUBLIC RECORD
PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of OLYMPUS FIRST CONSULTING LLC, document number L20000268401 a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022



**State of Florida**

**Department of State**

I certify the attached is a true and correct copy of the complete file of OLYMPUS FIRST CONSULTING LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L20000268401.

I further certify that said company was administratively dissolved on September 23, 2022.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022

*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

DOJ_LCM_000129938



# State of Florida

## Department of State

### CERTIFICATION OF PUBLIC RECORD
### PURSUANT TO FED. R. EVID. 902(4)

    I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of OJP SOLUTIONS INC., document number P20000032428, a corporation organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022



### Department of State

I certify the attached is a true and correct copy of the complete file of OJP SOLUTIONS INC., a corporation organized under the laws of the State of Florida, filed on April 30, 2020, effective April 29, 2020, as shown by the records of this office.

The document number of this corporation is P20000032428.

I further certify that said corporation was administratively dissolved on September 23, 2022.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022

*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

DOJ_LCM_000129933



### Department of State

**CERTIFICATION OF PUBLIC RECORD**
**PURSUANT TO FED. R. EVID. 902(4)**

    I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of PROGENIX LAB LLC, document number L20000316957 a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022





# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of PROGENIX LAB LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L20000316957.

I further certify that said company was administratively dissolved on September 23, 2022.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022



*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

DOJ_LCM_000129943



# State of Florida

## Department of State

### CERTIFICATION OF PUBLIC RECORD
### PURSUANT TO FED. R. EVID. 902(4)

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of SUNRISE CONSULTING GROUP LLC, document number L19000181562, a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of SUNRISE CONSULTING GROUP LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L19000181562.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Thirtieth day of October, 2022

*Cord Byrd*
*Secretary of State*



CR2E022 (01-11)



# State of Florida

## Department of State

### CERTIFICATION OF PUBLIC RECORD
### PURSUANT TO FED. R. EVID. 902(4)

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of ACCUGENE LLC, document number L20000346595 a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
October 31, 2022



DOJ_LCM_000129756



# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of ACCUGENE LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L20000346595.

I further certify that said company was voluntarily dissolved on March 11, 2022.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Thirtieth day of October, 2022

*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

DOJ_LCM_000129757

Evaluating unlicensed DynamicPDF feature. Click here for details. [1:0:v6.0]



# UNITED STATES OF AMERICA
# State of Louisiana

## R. Kyle Ardoin
### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana I do hereby Certify that*

the attached document(s) of

**CERGENA LABORATORIES, LLC OF DELAWARE**

are true and correct and are filed in the Louisiana Secretary of State's Office.

| | | | | | | |
|---|---|---|---|---|---|---|
| 43940882Q | FOREIGN LLC | ORIGF | 06/18/2020 | 4 | page(s) |
| 44593025 | FOREIGN LLC | REVOK | 09/16/2021 | 1 | page(s) |

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

November 18, 2022



*Secretary of State*

SS

**Certificate ID:** 11652511#B42
To validate this certificate, visit the following web site, go to **Business Services, Search for Louisiana Business Filings, Validate a Certificate**, then follow the instructions displayed.
**www.sos.la.gov**

Page 1 of 1 on 11/18/2022 11:38:50 AM

Evaluating unlicensed DynamicPDF feature. Click here for details. [1:0:v6.0]



# UNITED STATES OF AMERICA
# State of Louisiana

## R. Kyle Ardoin
### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana I do hereby Certify that*

the attached document(s) of

**SIGNIFY LABORATORY, LLC**

are true and correct and are filed in the Louisiana Secretary of State's Office.

| | | | |
|---|---|---|---|
| 43511646K | ORIGF | 06/24/2019 | 3 page(s) |
| 43643419 | 1308 | 10/18/2019 | 2 page(s) |
| 44407471 | 1308 | 04/28/2021 | 1 page(s) |
| 44227846 | 20 AR | 01/12/2021 | 1 page(s) |

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

November 18, 2022



*Secretary of State*

SS

**Certificate ID:** 11652512#93C42

To validate this certificate, visit the following web site, go to **Business Services**, **Search for Louisiana Business Filings**, **Validate a Certificate**, then follow the instructions displayed.
**www.sos.la.gov**

Page 1 of 1 on 11/18/2022 11:38:51 AM

DynamicPDF for .NET v6.0.2.40 (Build 17276)

DOJ_LCM_000129924

OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

## CERTIFICATE OF DOCUMENT FILED

I,   Jena Griswold   , as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, the attached document is a true and complete copy of the

Statement Curing Delinquency

with Document # 20201056250   of

ClaroLabs

Delaware Foreign Corporation

(Entity ID # 20171616098  )

consisting of   3   pages.

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 06/09/2023 that have been posted, and by documents delivered to this office electronically through 06/12/2023 @ 13:35:58.

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 06/12/2023 @ 13:35:58 in accordance with applicable law. This certificate is assigned Confirmation Number  15060174   .



_Jena Griswold_
_____
Secretary of State of the State of Colorado

*************************************************End of Certificate*********************************************
*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

DOJ_LCM_000139069



Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

Colorado Secretary of State
Date and Time: 01/22/2020 01:46 PM
ID Number: 20171616098

Document number: 20201056250
Amount Paid: $100.00

ABOVE SPACE FOR OFFICE USE ONLY

**Statement Curing Delinquency**
filed pursuant to §7-90-904 of the Colorado Revised Statutes (C.R.S)

1. For the delinquent entity, its ID number, entity name and jurisdiction of formation are

   ID number

   20171616098
   *(Colorado Secretary of State ID number)*

   Entity name

   ClaroLabs

   Jurisdiction where formed

   Delaware                                                                          .

2. By providing the information required herein, this statement corrects all grounds for delinquency cited by the secretary of state.

3. The registered agent name and registered agent address of the registered agent are

   Name
   (if an individual)

   Los                           Layne              Eric
   *(Last)*                      *(First)*          *(Middle)*        *(Suffix)*

   **OR**

   (if an entity)
   *(Caution: Do not provide both an individual and an entity name).*

   The person appointed as registered agent above has consented to being so appointed.

   Street address

   4677 Cathy Lane
   *(Street number and name)*

   Erie                                          CO     80516
   *(City)*                                      *(State)*  *(Zip Code)*

   Mailing address
   **(leave blank** if same as street address)

   4677 Cathy Lane
   *(Street number and name or Post Office Box information)*

   Erie                                          CO     80516                     .
   *(City)*                                      *(State)*  *(Zip Code)*

   *(If the following statement applies, adopt the statement by marking the box.)*
   ☐   The mailing address in the records of the Secretary of State is no longer different than the street address and is no longer required.

DOJ_LCM_000139070

4. The principal office address of the entity's principal office is

Street address

1408 Horizon Avenue
*(Street number and name)*

Suite 101

Lafayette                                        CO       80026
*(City)*                                    *(State)*    *(Postal/Zip Code)*
                                            United States
*(Province – if applicable)*        *(Country – if not US)*

Mailing address
**(leave blank** if same as street address)

1408 Horizon Avenue
*(Street number and name or Post Office Box information)*

Suite 101

Lafayette                                        CO       80026
*(City)*                                    *(State)*    *(Postal/Zip Code)*
Colorado                                    United States .
*(Province – if applicable)*        *(Country – if not US)*

*(If the following statement applies, adopt the statement by marking the box.)*
☐ The mailing address in the records of the Secretary of State is no longer different than the street address and is no longer required.

5. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains additional information as provided by law.

6. **(Caution:** Leave blank if the document does not have a delayed effective date. Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _____ .
                                                                *(mm/dd/yyyy hour:minute am/pm)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. The true name and mailing address of the individual causing the document to be delivered for filing are

Geffon                          SAM
*(Last)*                    *(First)*              *(Middle)*        *(Suffix)*
1408 Horizon Avenue
*(Street number and name or Post Office Box information)*

Suite 101

Lafayette                                        CO       80026
*(City)*                                    *(State)*    *(Postal/Zip Code)*
Colorado                                                      .
*(Province – if applicable)*        *(Country – if not US)*

DOJ_LCM_000139071

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

DOJ_LCM_000139072

OFFICE OF THE SECRETARY OF STATE
OF THE STATE OF COLORADO

# CERTIFICATE OF DOCUMENT FILED

I,   Jena Griswold   , as the Secretary of State of the State of Colorado, hereby certify that, according to the records of this office, the attached document is a true and complete copy of the

Statement Curing Delinquency

with Document # 20211563160   of

ClaroLabs

Delaware Foreign Corporation

(Entity ID # 20171616098  )

consisting of   3   pages.

This certificate reflects facts established or disclosed by documents delivered to this office on paper through 06/09/2023 that have been posted, and by documents delivered to this office electronically through 06/12/2023 @ 13:36:11.

I have affixed hereto the Great Seal of the State of Colorado and duly generated, executed, and issued this official certificate at Denver, Colorado on 06/12/2023 @ 13:36:11 in accordance with applicable law. This certificate is assigned Confirmation Number 15060179   .



Secretary of State of the State of Colorado

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*End of Certificate\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
*Notice: A certificate issued electronically from the Colorado Secretary of State's website is fully and immediately valid and effective. However, as an option, the issuance and validity of a certificate obtained electronically may be established by visiting the Validate a Certificate page of the Secretary of State's website, https://www.coloradosos.gov/biz/CertificateSearchCriteria.do entering the certificate's confirmation number displayed on the certificate, and following the instructions displayed. Confirming the issuance of a certificate is merely optional and is not necessary to the valid and effective issuance of a certificate. For more information, visit our website, https://www.coloradosos.gov click "Businesses, trademarks, trade names" and select "Frequently Asked Questions."*

DOJ_LCM_000139073

Document must be filed electronically.
Paper documents are not accepted.
Fees & forms are subject to change.
For more information or to print copies
of filed documents, visit www.sos.state.co.us.

 **E-Filed**

Colorado Secretary of State
Date and Time: 06/21/2021 10:25 AM
ID Number: 20171616098

Document number: 20211563160
Amount Paid: $100.00

ABOVE SPACE FOR OFFICE USE ONLY

## Statement Curing Delinquency
### filed pursuant to §7-90-904 of the Colorado Revised Statutes (C.R.S)

1. For the delinquent entity, its ID number, entity name and jurisdiction of formation are

| ID number | 20171616098 |
|---|---|
| | *(Colorado Secretary of State ID number)* |
| Entity name | ClaroLabs |
| Jurisdiction where formed | Delaware |

2. By providing the information required herein, this statement corrects all grounds for delinquency cited by the secretary of state.

3. The registered agent name and registered agent address of the registered agent are

Name
(if an individual)

| Rios | Cydney | | |
|---|---|---|---|
| *(Last)* | *(First)* | *(Middle)* | *(Suffix)* |

**OR**

(if an entity)
*(Caution: Do not provide both an individual and an entity name).*

The person appointed as registered agent above has consented to being so appointed.

Street address        1408 Horizon Ave Suite 101
                      *(Street number and name)*

| Lafayette | CO | 80026 |
|---|---|---|
| *(City)* | *(State)* | *(Zip Code)* |

Mailing address
**(leave blank** if same as street address)    *(Street number and name or Post Office Box information)*

| | CO | |
|---|---|---|
| *(City)* | *(State)* | *(Zip Code)* |

*(If the following statement applies, adopt the statement by marking the box.)*
☒  The mailing address in the records of the Secretary of State is no longer different than the street address and is no longer required.

DOJ_LCM_000139074

4.  The principal office address of the entity's principal office is

Street address

1408 Horizon Avenue
*(Street number and name)*

Suite 101

Lafayette       CO   80026
*(City)*     *(State)*    *(Postal/Zip Code)*
United States
*(Province – if applicable)*    *(Country – if not US)*

Mailing address
**(leave blank** if same as street address)

1408 Horizon Avenue
*(Street number and name or Post Office Box information)*

Suite 101

Lafayette       CO   80026
*(City)*     *(State)*    *(Postal/Zip Code)*
AZ        United States .
*(Province – if applicable)*    *(Country – if not US)*

*(If the following statement applies, adopt the statement by marking the box.)*
☐ The mailing address in the records of the Secretary of State is no longer different than the street address and is no longer required.

5. *(If the following statement applies, adopt the statement by marking the box and include an attachment.)*
☐ This document contains additional information as provided by law.

6. **(Caution:** <u>Leave blank</u> if the document does not have a delayed effective date. *Stating a delayed effective date has significant legal consequences. Read instructions before entering a date.)*

*(If the following statement applies, adopt the statement by entering a date and, if applicable, time using the required format.)*
The delayed effective date and, if applicable, time of this document is/are _____.
*(mm/dd/yyyy hour:minute am/pm)*

Notice:

Causing this document to be delivered to the secretary of state for filing shall constitute the affirmation or acknowledgment of each individual causing such delivery, under penalties of perjury, that the document is the individual's act and deed, or that the individual in good faith believes the document is the act and deed of the person on whose behalf the individual is causing the document to be delivered for filing, taken in conformity with the requirements of part 3 of article 90 of title 7, C.R.S., the constituent documents, and the organic statutes, and that the individual in good faith believes the facts stated in the document are true and the document complies with the requirements of that Part, the constituent documents, and the organic statutes.

This perjury notice applies to each individual who causes this document to be delivered to the secretary of state, whether or not such individual is named in the document as one who has caused it to be delivered.

7. The true name and mailing address of the individual causing the document to be delivered for filing are

King       Ronald
*(Last)*     *(First)*     *(Middle)*   *(Suffix)*
107 Prospect St Suite 2
*(Street number and name or Post Office Box information)*

Schoharie      NY   12157
*(City)*     *(State)*    *(Postal/Zip Code)*

*(Province – if applicable)*    *(Country – if not US)*

DOJ_LCM_000139075

*(If the following statement applies, adopt the statement by marking the box and include an attachment.)*

☐ This document contains the true name and mailing address of one or more additional individuals causing the document to be delivered for filing.

**Disclaimer:**

This form/cover sheet, and any related instructions, are not intended to provide legal, business or tax advice, and are furnished without representation or warranty. While this form/cover sheet is believed to satisfy minimum legal requirements as of its revision date, compliance with applicable law, as the same may be amended from time to time, remains the responsibility of the user of this form/cover sheet. Questions should be addressed to the user's legal, business or tax advisor(s).

DOJ_LCM_000139076

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1.  The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2.  The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered LCOO1640888 ;

3.  The records are originals or duplicate copies of domestic (United States) business records;

4.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5.  The records were kept in the course of a regularly conducted business activity; and

6.  The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Paula Jacobs
Printed Name

Deputy Director
Title

Missouri Secretary of State
Business Services Division
Company Name

600 W. Main St
Jefferson City, MO 65101
Business Address

12/02/2022
Date of Declaration/Execution

DOJ_LCM_000130010

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



John B. Scott
Secretary of State

## Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Theragene Diagnostics, LLC
Filing Number: 803663895

Application for Registration                                                    June 22, 2020
Tax Forfeiture                                                                       June 24, 2022

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 05, 2022.



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555             Fax: (512) 463-5709             Dial: 7-1-1 for Relay Services
Prepared by: SRODRIGUEZ          TID: 10266                      Document: 1203338140001

DOJ_LCM_000129986

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered WYSOS 001 – WY SOS 012

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_Jordyn Gray_
Signature of Declarant

Jordyn Gray
Printed Name

Business Division, Asst. Director
Title

Wyoming Secretary of State
Company Name

122 W 25th, Herschler E, Ste 101
Business Address   Cheyenne, WY 82002

12/8/22
Date of Declaration/Execution

# State of Wyoming

## *Office of the Secretary of State*



United States of America, } **ss.**
State of Wyoming

I, KARL ALLRED, Secretary of State of the State of Wyoming, do hereby certify that **TheraGene Diagnostics LLC** did on **June 30, 2020** file its **Articles of Organization** in the office of the Secretary of State of Wyoming.

I FURTHER CERTIFY that **TheraGene Diagnostics LLC** was administratively dissolved on **August 9, 2022**, for failure to file the **2022** annual report due on or before **June 1, 2022.**

IN TESTIMONY WHEREOF, I have hereunto set my hand and  affixed the Great Seal of the State of Wyoming.  Done at Cheyenne, the Capital, this **7**th day of **December, 2022**.



_____
Secretary of State

By _____
Jordyn Gray

WY SOS 001

DOJ_LCM_000139227



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

WY Secretary of State
FILED: 07/14/2022 10:54 AM
Global Amendment ID: 40259
Affected Entities: 1

# Statement of Resignation of Registered Agent

1. ☐ This change affects <u>every</u> entity that I represent.
   **OR**
   ☑ This change affects <u>only</u> the entities on the attached list.
   *(If attaching a list of business entities do <u>not</u> list more than 25 entities per filing.)*

2. I, | Capital Administrations LLC | , hereby resign my agency appointment as the registered agent for the entities listed on the attached list.

3. I hereby certify that notice of my resignation was sent on | 06/06/2022 | to an officer or controlling
   *(Date – mm/dd/yyyy)*
   member of the business entities to its last known address thirty (30) days prior to the filing of this statement with the Wyoming Secretary of State.

4. The resignation is effective immediately upon filing of this statement with the Wyoming Secretary of State.

5. If the registered office address is currently on file as the mailing and/or principal office address, a separate notice must be provided to change the mailing and/or principal office address to the last known address.

Signature: *Angela Sern*                           Date: | 07/11/2022 |
*(Shall be executed b̲y̲ ... ̲gent.)*                              *(mm/dd/yyyy)*
Angela Sams on behalf of Capital Administrations LLC
(Authorized Agent)

Print Name                                          Contact Person: | |

Title: | Authorized Agent |                         Daytime Phone Number: | |

Email: | tax@wyomingcompany.com |
*(This is a required field. Email provided will receive filing evidence.)*
*May provide multiple email addresses.*

Received
JUL 12 2022
Secretary of State
Wyoming

**Checklist**
☐ ***Filing fee of $5.00 for each affected entity.*** *(Example: if the registered agent resigns from seven (7) business entities, the filing fee is $35.)*
☐ **Processing time is up to 15 business days** following the date of receipt in our office.
☐ Please mail with payment to the address at the top of this form. **This form cannot be accepted via email.**
☐ Please review the form prior to submission. **The Secretary of State's Office is unable to process incomplete forms.**

RAResignation – Revised June 2021

WY SOS 002

DOJ_LCM_000139228

## STATE OF WYOMING ✸ SECRETARY OF STATE
## EDWARD A. BUCHANAN
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: https://sos.wyo.gov · Email: business@wyo.gov

### Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **TheraGene Diagnostics LLC** | | |
| **Filing ID** | **2020-000920640** | | |
| Type | Limited Liability Company | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 06/03/2020 2:28 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

**Principal Address**

1712 Pioneer Ave. Ste. 500
Cheyenne, Wyoming 82001

**Mailing Address**

1712 Pioneer Ave. Ste. 500
Cheyenne, Wyoming 82001

**Registered Agent Address**

Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

**Parties**

| Type | Name / Organization / Address |
|---|---|
| Organizer | Capital Administrations, LLC 1712 Pioneer Ave. Ste 115 Cheyenne, WY 82001 |

**Notes**

| Date | Recorded By | Note |
|---|---|---|
| | | |

Page 1 of 2

**STATE OF WYOMING  ✷  SECRETARY OF STATE**
**EDWARD A. BUCHANAN**
**BUSINESS DIVISION**

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: https://sos.wyo.gov · Email: business@wyo.gov

## Global Amendment Summary

|  |  |
|---|---|
| **Global Amendment ID:** | 40259 |
| **Amendment Type:** | RA Resignation |
| **Amendment Date:** | 07/14/2022 10:54 AM |
| **Copy To Mailing:** | N |
| **Copy To Principal:** | N |
| **Affected Entities:** | 1 |

**Agent Name:**  Capital Administrations LLC
**Address:**  1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

| Field Name | Changed From | Changed To |
|---|---|---|
| Registered Agent # | 0196923 | 0000000 |
| Registered Agent Email | info@wyomingcompany.com | No Value |
| Registered Agent Organization Name | Capital Administrations LLC | No Agent |
| Registered Agent Phone | (307) 778-4730 | No Value |
| Registered Agent Physical Address 1 | 1712 Pioneer Ave Ste 115 | No Office |
| Registered Agent Physical City | Cheyenne | No Value |
| Registered Agent Physical County | Laramie | No Value |
| Registered Agent Physical Postal Code | 82001 | No Value |

Page 1 of 1 on 7/14/2022 10:55:14 AM



**WY Secretary of State**
**FILED: 07/14/2022 10:06 AM**
**Original ID: 2020-000920640**
**Amendment ID: 2022-003743639**

# Wyoming Secretary of State

# Update Form

Name of Entity: TheraGene Diagnostics LLC

ID#: 2020-000920640

The above entity is requesting an update be made to reflect their most current information:

Principal Address: 9436 W Lake Mead Blvd Ste 5 #181 Las Vegas NV 89134

Mailing Address: 9436 W Lake Mead Blvd Ste 5 #181 Las Vegas NV 89134

Signature: *Angela Sams*

Date:7/12/2022

Printed Name: Angela Sams, on behalf of, Wyoming Corporate Services, Inc.

Title: Authorized Agent





STATE OF WYOMING
Secretary of State

I hereby certify that this is a true and complete copy of the document as filed in this office.

Secretary of State

By:

Date: December 8, 2022

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

<u>For Office Use Only</u>

**WY Secretary of State**
**FILED: Jun  3 2020  2:28PM**
**Original ID: 2020-000920640**

# Limited Liability Company
# Articles of Organization

**I.**    **The name of the limited liability company is:**
     TheraGene Diagnostics LLC

**II.**    **The name and physical address of the registered agent of the limited liability company is:**
     Capital Administrations LLC
     1712 Pioneer Ave Ste 115
     Cheyenne, WY 82001

**III.**    **The mailing address of the limited liability company is:**
     1712 Pioneer Ave.
     Ste. 500
     Cheyenne, Wyoming 82001

**IV.**    **The principal office address of the limited liability company is:**
     1712 Pioneer Ave.
     Ste. 500
     Cheyenne, Wyoming 82001

**V.**    **The organizer of the limited liability company is:**
     Capital Administrations, LLC
     1712 Pioneer Ave. Ste 115 Cheyenne, WY 82001

**VI.**    **Additional Article:**
     The purpose for which the limited liability company is organized is: any lawful purpose except for the purposes of banking and insurance.

**VII.**    **Additional Article:**
     The remaining members of the limited liability company, if any, shall have the right to continue the business on the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any other event which terminates the continued membership of a member of the limited liability company, unless otherwise stated in the Membership Operating Agreement.

Signature:    *DeAnna Montemayor*                    Date:   **06/03/2020**

Print Name:    **DeAnna Montemayor**

Title:    **Organizer**

Email:    **tax@wyomingcompany.com**

Daytime Phone #:    **(307) 632-3333**



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☐ An Individual    ☑ An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator, organizer, or partner. The following individual is signing on behalf of all Organizers, Incorporators, or Partners.

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:    *DeAnna Montemayor*                         Date:   **06/03/2020**

Print Name:    **DeAnna Montemayor**

Title:    **Organizer**

Email:    **tax@wyomingcompany.com**

Daytime Phone #:    **(307) 632-3333**



**Secretary of State**

<div align="right">

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

</div>

## Consent to Appointment by Registered Agent

**Capital Administrations LLC**, whose registered office is located at **1712 Pioneer Ave Ste 115, Cheyenne, WY 82001**, voluntarily consented to serve as the registered agent for **TheraGene Diagnostics LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature:  *DeAnna Montemayor*                         Date:  **06/03/2020**

Print Name:     **DeAnna Montemayor**

Title:       **Organizer**

Email:       **tax@wyomingcompany.com**

Daytime Phone #:   **(307) 632-3333**

WY SOS 010

DOJ_LCM_000139236

## STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**TheraGene Diagnostics LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **3rd** day of **June**, **2020** at **2:28 PM.**

Remainder intentionally left blank.



Filed Date: 06/03/2020

Secretary of State

Filed Online By:

DeAnna Montemayor

on 06/03/2020

WY SOS 011

DOJ_LCM_000139237



STATE OF WYOMING
Secretary of State

I hereby certify that this is a true
and complete copy of the document
as filed in this office.

Secretary of State

By:

Date: December 8, 2022

**CERTIFICATION OF DOMESTIC RECORDS**
**OF REGULARLY CONDUCTED ACTIVITY**
**Pursuant to Fed. R. Evidence 902(11)**

The undersigned hereby declares, certifies, verifies, and states the following:

1. The declarant listed below is a records custodian or other qualified person who can provide a written declaration regarding the records of regularly conducted business activity which are the subject of this certification;

2. The records of regularly conducted business activity (hereinafter "records") which are the subject of this certification are Bates numbered _____;

3. The records are originals or duplicate copies of domestic (United States) business records;

4. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

5. The records were kept in the course of a regularly conducted business activity; and

6. The records were made by the regularly conducted business activity as a regular practice.

*I hereby declare, certify, verify, and state, under penalty of perjury, that the foregoing is true and correct.*

_____
Signature of Declarant

Naveed Dosoani
Printed Name

Director
Title

Advantage Accounting + Tax
Company Name

2700 N. Military Trail STE 200
Boca Raton, FL 33431
Business Address

2/16/2021
Date of Declaration/Execution

**GOVERNMENT EXHIBIT**

**539**

22-CR-80022-CANNON

LOUI2238 08/05/2021 12:40 PM

| Form **2553** | **FILED PURSUANT TO REV. PROC. 2013-30**<br>**Election by a Small Business Corporation** | |
|---|---|---|
| (Rev. December 2017) | (Under section 1362 of the Internal Revenue Code)<br>(Including a late election filed pursuant to Rev. Proc. 2013-30) | OMB No. 1545-0123 |
| Department of the Treasury<br>Internal Revenue Service | ▶ You can fax this form to the IRS. See separate instructions.<br>▶ Go to *www.irs.gov/Form2553* for instructions and the latest information. | |

**Note:** This election to be an S corporation can be accepted only if all the tests are met under *Who May Elect* in the instructions, all shareholders have signed the consent statement, an officer has signed below, and the exact name and address of the corporation (entity) and other required form information have been provided.

| **Part I** | **Election Information** | |
|---|---|---|

| Type<br>or<br>Print | Name (see instructions)<br>**LOUIS C MANAGEMENT LLC** | **A** Employer identification number<br>**85-1262238** |
|---|---|---|
| | Number, street, and room or suite no. If a P.O. box, see instructions.<br>**450 FAIRWAY DR SUITE 201** | **B** Date incorporated<br>**06/02/2020** |
| | City or town, state or province, country, and ZIP or foreign postal code<br>**DEERFIELD BEACH     FL 33441** | **C** State of incorporation<br>**FL** |

**D** Check the applicable box(es) if the corporation (entity), after applying for the EIN shown in **A** above, changed its ☐ name or ☐ address

**E** Election is to be effective for tax year beginning (month, day, year) (see instructions) ▶ **06/02/20**

**Caution:** A corporation (entity) making the election for its first tax year in existence will usually enter the beginning date of a short tax year that begins on a date other than January 1.

**F** Selected tax year:
(1) ☒ Calendar year
(2) ☐ Fiscal year ending (month and day) ▶ _____
(3) ☐ 52-53-week year ending with reference to the month of December
(4) ☐ 52-53-week year ending with reference to the month of ▶ _____
If box (2) or (4) is checked, complete Part II.

**G** If more than 100 shareholders are listed for item J (see page 2), check this box if treating members of a family as one shareholder results in no more than 100 shareholders (see test 2 under *Who May Elect* in the instructions) ▶ ☒

**H** Name and title of officer or legal representative who the IRS may call for more information
**LOUIS CARVER                    PRESIDENT**
Telephone number of officer or legal representative
**561-876-3084**

**I** If this S corporation election is being filed late, I declare I had reasonable cause for not filing Form 2553 timely. If this late election is being made by an entity eligible to elect to be treated as a corporation, I declare I also had reasonable cause for not filing an entity classification election timely and the representations listed in Part IV are true. See below for my explanation of the reasons the election or elections were not made on time and a description of my diligent actions to correct the mistake upon its discovery. See instructions.

**TAXPAYER RELIED ON TAX PROFESSIONAL TO FILE 2553 TIMELY.**

| Sign<br>Here | Under penalties of perjury, I declare that I have examined this election, including accompanying documents, and, to the best of my knowledge and belief, the election contains all the relevant facts relating to the election, and such facts are true, correct, and complete. | | |
|---|---|---|---|
| | *Signature of officer* | **PRESIDENT**<br>Title | 09/08/21<br>Date |

For Paperwork Reduction Act Notice, see separate instructions.

DAA     **LOUIS CARVER**

Form **2553** (Rev. 12-2017)

**GOVERNMENT EXHIBIT**

**526**

22-CR-80022-CANNON

**DOJ_LCM_0000189106**
DOJ_LCM_000139240

LOUI2238 08/05/2021 12:41 PM

| Form 2553 (Rev. 12-2017) | | | | | Page 2 |
|---|---|---|---|---|---|
| Name | | | | Employer identification number | |
| **LOUIS C MANAGEMENT LLC** | | | | **85-1262238** | |

**Part I**    Election Information *(continued)* **Note:** If you need more rows, use additional copies of page 2.

| J | | L | | M | N |
|---|---|---|---|---|---|
| Name and address of each shareholder or former shareholder required to consent to the election. (see instructions) | | Stock owned or percentage of ownership (see instructions) | | Social security number or employer identification number (see instructions) | Shareholder's tax year ends (month and day) |
| **K** Shareholder's Consent Statement Under penalties of perjury, I declare that I consent to the election of the above-named corporation (entity) to be an S corporation under section 1362(a) and that I have examined this consent statement, including accompanying documents, and, to the best of my knowledge and belief, the election contains all the relevant facts relating to the election, and such facts are true, correct, and complete. I understand my consent is binding and may not be withdrawn after the corporation (entity) has made a valid election. If seeking relief for a late filed election, I also declare under penalties of perjury that I have reported my income on all affected returns consistent with the S corporation election for the year for which the election should have been filed (see beginning date entered on line E) and for all subsequent years. | | Number of shares or percentage of ownership | Date(s) acquired | | |
| Signature | Date | | | | |
| LOUIS CARVER 450 FAIRWAY DR SUITE 201 DEERFIELD        FL 33441 *[signature]*   09/08/21 | | 100.00 | 06/02/20 | 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 | 12/31 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Form **2553** (Rev. 12-2017)

DAA

**DOJ_LCM_0000189107**
DOJ_LCM_000139241

20-004581

GOVERNMENT EXHIBIT

527

22-CR-80022-CANNON

## Secretary of State Statement of Information
(California Stock, Agricultural Cooperative and Foreign Corporations)

SI-550

141

FILED
Secretary of State
State of California

JAN 21 2020

*NK*

This Space For Office Use Only

**IMPORTANT — Read instructions before completing this form.**

**Fees (Filing plus Disclosure) – $25.00;**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Corporation Name** (Enter the exact name of the corporation as it is currently recorded with the California Secretary of State)

BSBW Corp.

**2. 7-Digit Secretary of State File Number**

C4309808

**3. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not list a P.O. Box<br>2372 Morse Ave. Suite 204 | Irvine | CA | 92614 |
| b. Mailing Address of Corporation, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| c. Street Address of Principal California Office, if any and if different than Item 3a - Do not list a P.O. Box | City (no abbreviations) | State<br>CA | Zip Code |

**4. Officers** — The Corporation is required to list all three of the officers set forth below. An additional title for the Chief Executive Officer and Chief Financial Officer may be added; however, the preprinted titles on this form must not be altered.

| | First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|---|
| a. Chief Executive Officer/ | Jake | | Gabbard | |
| Address<br>2372 Morse Ave. Suite 204 | City (no abbreviations)<br>Irvine | State<br>CA | Zip Code<br>92614 | |
| b. Secretary | Jake | | Gabbard | |
| Address<br>2372 Morse Ave. Suite 204 | City (no abbreviations)<br>Irvine | State<br>CA | Zip Code<br>92614 | |
| c. Chief Financial Officer/ | Jake | | Gabbard | |
| Address<br>2372 Morse Ave. Suite 204 | City (no abbreviations)<br>Irvine | State<br>CA | Zip Code<br>92614 | |

**5. Director(s)** — California Stock and Agricultural Cooperative Corporations ONLY: Item 5a: At least one name and address must be listed. If the Corporation has additional directors, enter the name(s) and addresses on Form SI-550A (see instructions).

| | Middle Name | Last Name | Suffix |
|---|---|---|---|
| a. First Name<br>Jake | | Gabbard | |
| Address<br>2372 Morse Ave. Suite 204 | City (no abbreviations)<br>Irvine | State<br>CA | Zip Code<br>92614 |
| b. Number of Vacancies on the Board of Directors, if any | 0 | | |

**6. Agent for Service of Process** — Item 6a and 6b: If the agent is an individual, the agent must reside in California and Item 6a and 6b must be completed with the agent's name and California address. Item 6c: If the agent is a California Registered Corporate Agent, a current agent registration certificate must be on file with the California Secretary of State and Item 6c must be completed (leave Item 6a-6b blank).

| | Middle Name | Last Name | Suffix |
|---|---|---|---|
| a. California Agent's First Name (if agent is not a corporation)<br>Jake | | Gabbard | |
| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box<br>2372 Morse Ave. Suite 204 | City (no abbreviations)<br>Irvine | State<br>CA | Zip Code<br>92614 |
| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b | | | |

**7. Type of Business**

Describe type of business or services of the Corporation
Marketing

**8. The information contained herein, including in any attachments, is true and correct.**

| 1/17/20 | Jake Gabbard | President | *[signature]* |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

SI-550 (REV 11/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

DOJ_LCM_0000155069